El Pueblo de Puerto Rico, demandante y apelado, *v.* Mariano Petrovich, acusado y apelante.

No. 2913.—*Visto:* Diciembre 3, 1926. *Resuelto:* Abril 21, 1927.

1. Derecho Penal—Fecha del Juicio y Suspensión—Sobreseimiento de la Causa o del Proceso—Tardanza en Celebrar el Juicio o en Presentar la Acusación—Término para Presentar la Acusación—Computación del Término.—El término de sesenta días a que se refiere el inciso 1 del artículo 448 del Código de Enjuiciamiento Criminal se cuenta desde la fecha de la detención hasta la presentación de la acusación y no hasta la lectura de ésta.

2. Derecho Penal—Apelación y Error, y Certiorari—Resolución y Disposición del Caso—Confirmación de la Sentencia Apelada.—Cuando se alega error en la apreciación de la prueba y ésta justifica la sentencia apelada, ésta debe confirmarse.

Sentencia de *Luis Samalea,* J. (Arecibo), condenando al acusado por delito de portar armas, con costas. *Confirmada.*

*José Sabater,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Mariano Petrovich apela de la sentencia que lo condenó por portar un revólver, alegando como fundamentos de su

recurso que hubo error en la corte inferior al no sobreseer su causa y al apreciar la prueba.

[1] El apelante fué detenido por el delito de portar arma prohibida el 11 de enero de 1926 siendo presentada la acusación contra él en la corte de distrito el 29 del mismo mes y año, pero sostiene que la acusación debió ser sobreseída de acuerdo con el artículo 448 del Código de Enjuiciamiento Criminal, según solicitó en la corte inferior, porque desde la fecha de su detención hasta el 18 de marzo de 1926 en que le fué leída la acusación habían transcurrido más de sesenta días. Sin embargo, dichos sesenta días no han de contarse desde la detención hasta la lectura de la acusación sino hasta la presentación de la acusación, por disponerlo así expresamente el caso 1º. del artículo citado, y así lo ha dicho este tribunal en el caso de *El Pueblo* v. *Salinas,* 9 D. P. R. 371.

[2] En cuanto a la prueba encontramos que justifica la sentencia apelada pues hubo evidencia de que el apelante después de tener un accidente de automóvil dejó en una casa un revólver que portaba y fué a curarse al pueblo volviendo después a dicha casa y recogiendo y llevándose el revólver.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Sr. Hutchison no intervino.